UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LORI A. HELMER,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 16-cv-01039-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Lori A. Helmer's motion (Doc. 1) to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and that judgment is entered in favor of respondent **United States of America** and against petitioner **Lori A. Helmer**, and that this matter is **DISMISSED** without prejudice.

**DATED:** 9/21/2016        **JUSTINE FLANAGAN,**
                                **Acting Clerk of Court**

                                *s/Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**